UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS : **SCHEDULING ORDER**
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP, : 24 Civ. 3955 (AKH)
JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND ET :
AL., :
                          Plaintiffs, :
:
   -against- :

RELATED SERVICES LLC

                 Defendant.

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 22, 2024, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than June 26, 2024. Respondent's opposition is due by July 24, 2024. Petitioners' reply, if any, is due by August 7, 2024.

        SO ORDERED.

Dated:    June 5, 2024                               /s/ Alvin K. Hellerstein
           New York, New York               ALVIN K. HELLERSTEIN
                                                  United States District Judge