UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, et al.,

                        Plaintiffs,

-against-                                        24 **CIVIL** 3955 (AKH)

                                                                **JUDGMENT**

RELATED SERVICES LLC,

                        Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2024, the arbitration was conducted pursuant to the collective bargaining agreement, notice having been given to the employer but upon default of the employer, leading to an award of the arbitrator dated March 8, 2024 in the amount of $901,812.84. This amount is based on an estimated and generous principal plus interest at a contractual rate plus attorney's fees in a reasonable amount plus arbitrator's fees. All this is approved, having been fully supported by the union's papers, service on the employer and default by the employer. However, one part of the award, based on a liquidated damages provision of the collective bargaining agreement applies liquidated damages of 20%, in the amount of $140,497.56, which the court finds to be a penalty and unenforceable. Accordingly, the Award, less liquidated damages, or a net amount of $761,315.28, is approved, and plaintiff has judgment therefor, with costs taxed by the Clerk.

**Dated:**  New York, New York

       September 30, 2024

                                                                  **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                         **BY:**          *K. Mango*

                                                              **Deputy Clerk**